**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 45 EAL 2017
                                                :
                Respondent           :
                                                :   Petition for Allowance of Appeal from
                                                :   the Order of the Superior Court
                  v.                     :
                                                :
KEITH NORWOOD,                          :
                                                :
               Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.